Filing # 170873917 E-Filed 04/12/2023 03:58:42 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

**Gregory Morad and Barb Morad,**

    **Plaintiffs,**

vs.

**Wilshire Insurance Company,**

    **Defendant.**

_____/

## COMPLAINT

COMES NOW the Plaintiffs, Gregory Morad and Barb Morad, by and through the undersigned attorney and sues the Defendant, Wilshire Insurance Company, and alleges as follows:

1. This is an action for breach of contract for greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorney's fees.

2. At all material times hereto, Defendant was and is an insurance company licensed and authorized to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Collier County, Florida.

3. Plaintiffs are individuals who reside in Collier County at 145 W. Pago Pago Drive, Naples, Florida 34113.

4. Jurisdiction and venue are proper in Collier, Florida.

5. On or about September 28, 2022, the insured, Gregory and Barb Morad's, residence located at 145 W. Pago Pago Drive, Naples, Florida 34113 sustained damages by a wind, rain and/or hail.

6. At said time and place, the insured's residence was insured under a policy of insurance issued by Defendant, bearing upon information and belief, policy number FLW439441602 with claim number HO-0008984. A copy of the policy is not in Plaintiffs' possession. However, Defendant has possession, custody and control of a complete copy of the insurance policy and said policy will be provided through discovery.

7. The insurance policy described above was in full force and effect on the date of the loss and provided benefits for damage caused to the insured's residence from a covered loss including, but not limited to, wind, rain or hail.

8. Plaintiff timely submitted its bill(s) to Defendant for payment, timely notified Defendant of the loss and otherwise performed all conditions precedent to entitle Plaintiff to coverage and benefits under the policy. A copy of the bill(s) at issue is attached as Exhibit "B."

9. Despite demand for payment, Defendant has failed and refused to either provide coverage, pay Plaintiff in full for repairs necessary to return the home to its pre-loss condition, issue payment for personal property, or provide payment for alternative living expenses/loss of use.

10. Defendant's refusal to provide coverage and/or adequately reimburse Plaintiff for repairs, or otherwise make Plaintiff whole, is a breach of contract.

11. As a result of Defendant's breach of contract, Plaintiff has been damaged in the form of insurance proceeds that have not been paid, interest, costs and attorney's fees.

12. As a result of Defendant's breach of contract, Plaintiff has been required to retain the services of the undersigned counsel for the purposes of initiating and prosecuting this action and Plaintiff is obligated to pay counsel a reasonable fee for the services provided.

13. Plaintiff is entitled to recover attorney's fees and costs under §627.428, Fla. Stat., §57.041 and §92.231.

14. Plaintiff has been and remains fully prepared to comply with the obligations pursuant to the aforesaid contract of insurance.

**WHEREFORE**, Plaintiff demands judgment against Defendant, Wilshire Insurance Company, for all unpaid bills with interest on any overdue payments, pre-judgment interest, costs, and attorney fees pursuant to F.S. 627.428, 57.041 and 92.231 and any other relief this Court deems just and proper.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Dated: April 12, 2023.

/s/ **Earl I. Higgs, Jr.**
Earl I. Higgs, Jr., Esq.
Fla. Bar No.: 0256160
**HIGGS LAW, P.A.**
1060 Woodcock Road, #109
Orlando, Florida 32803
Telephone: (407) 459-7921
Primary email: ehiggs@higgslawpa.com
Secondary email: jhaugabook@higgslawpa.com
Secondary email: ehenry@higgslawpa.com
Attorneys for Plaintiff

3