# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

### CASE NO.: 2:23-cv-00347-JLB-KCD

GREGORY MORAD AND BARB
MORAD,

     Plaintiffs,

v.

WILSHIRE INSURANCE COMPANY,

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, GREGORY MORAD and BARB MORAD, and Defendant,

WILSHIRE INSURANCE COMPANY, by and through the undersigned, hereby

stipulate to dismissal of the pending lawsuit with prejudice.

| | |
|---|---|
| */s/ Earl Higgs Jr.* | */s/ Sarah M. Baggett* |
| Earl Higgs, Jr., Esq. | Sarah M. Baggett, Fla. Bar No.: 662526 |
| Higgs Law, P.A. | Galloway Johnson Tompkins Burr & Smith, PLC |
| 1060 Woodcock Road, #109 | 400 N. Ashley Dr., Suite 1000 |
| Orlando, FL 32803 | Tampa, Florida 33602 |
| Telephone: (407) 459-7921 | Tel:  813-977-1200 |
| ehiggs@higgslawpa.com | Fax: 813-977-1288 |
| jhaugabook@higgslawpa.com | tampaservice@gallowaylawfirm.com |
| ehenry@higgslawpa.com | SBaggett@gallowaylawfirm.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant, Wilshire Insurance Company* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following, via electronic mail and the ECF Portal, this 16th day of October, 2023.

Earl Higgs, Jr., Esq.
Higgs Law, P.A.
1060 Woodcock Road, #109
Orlando, FL 32803
Telephone: (407) 459-7921
ehiggs@higgslawpa.com
jhaugabook@higgslawpa.com
ehenry@higgslawpa.com
*Counsel for Plaintiffs*

*/s/ Sarah M. Baggett*
SARAH M. BAGGETT, ESQUIRE